UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MARCO SALINAS, pleading on her own behalf and on behalf of all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FINANCIAL CORPORATION OF AMERICA,<br><br>　　　　　Defendants. | ) Case No.: 5:17-cv-00090-DAE<br>)<br>)<br>)<br>) **STIPULATION OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated and agreed by and between counsel for Plaintiff MARCO

SALINAS and Defendant FINANCIAL CORPORATION OF AMERICA ("FCA") that the

above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs

against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  December 4, 2017

　　　　　　　Respectfully submitted,

*/s/ Keith Wier*
Keith Wier, Esq.
MAURICE WUTSCHER, LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
kwier@mauricewutscher.com

*Attorneys for Defendant*

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
ZEMEL LAW, LLC
78 John Miller Way, Suite 430
Kearny, New Jersey 07032
T: (862) 227-3106
F: (862) 204-5901
DZ@zemellawllc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2017 a true and correct copy of the

foregoing document was sent to all counsel of record via the Court's ECF system.


_s/ Daniel Zemel
Daniel Zemel, Esq.